UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
———————————————————— x
MARKO BABIC, Individually and on Behalf of all :
Others Similarly Situated,                      :
                                                :
                Plaintiff,                      :   Civil Action No. 08 Civ. 1273
                                                :
    vs.                                         :   STIPULATION AND ORDER
                                                :
AMBAC FINANCIAL GROUP, INC., ROBERT J. :
GENADER, PHILLIP B. LASSITER, SEAN T.           :   ECF Case
LEONARD and THOMAS J. GANDOLFO,                 :
                                                :
                Defendants.                     :
———————————————————— x

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter my appearance as counsel of record for the defendants in the above-captioned action. I certify that I am admitted to practice in this court.

Dated:  New York, New York          Respectfully submitted,
        February 15, 2008

                                    WACHTELL, LIPTON, ROSEN & KATZ


                                    /s/ Peter C. Hein
                                    Peter C. Hein (PH-5279)
                                    51 West 52nd Street
                                    New York, New York 10019
                                    Telephone:  (212) 403-1000
                                    Facsimile:  (212) 403-2000

                                    *Attorneys for Defendants*