UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————— x

MARKO BABIC, Individually and on Behalf of all :
Others Similarly Situated, :

                 :

            Plaintiff, :    Civil Action No. 08 Civ. 1273

                 :

      vs. :    STIPULATION AND ORDER

                 :

AMBAC FINANCIAL GROUP, INC., ROBERT J. :    ECF Case
GENADER, PHILLIP B. LASSITER, SEAN T. :
LEONARD and THOMAS J. GANDOLFO, :

                 :

            Defendants. :

———————————————————————— x

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter my appearance as counsel of record for the defendants in the above-

captioned action.  I certify that I am admitted to practice in this court.

Dated:   New York, New York        Respectfully submitted,
         February 15, 2008

                                 WACHTELL, LIPTON, ROSEN & KATZ

                                 /s/ Joshua A. Naftalis
                                 Joshua A. Naftalis (JN-8054)
                                 51 West 52nd Street
                                 New York, New York  10019
                                 Telephone:   (212) 403-1000
                                 Facsimile:   (212) 403-2000

                                 *Attorneys for Defendants*