UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————— x
MARKO BABIC, Individually and on Behalf of all :
Others Similarly Situated,                    :
                                              :
                 Plaintiff,                :
                                              :       Civil Action No. 08 Civ. 1273
     vs.                                      :
                                              :       ECF Case
AMBAC FINANCIAL GROUP, INC., ROBERT J. :
GENADER, PHILLIP B. LASSITER, SEAN T.         :
LEONARD and THOMAS J. GANDOLFO,               :
                                              :
                 Defendants.               :
———————————————————————— x

## CERTIFICATE OF SERVICE

        The undersigned, an attorney, hereby certifies that on February 15, 2008, he caused copies of the following documents to be served on counsel for the parties in this action as indicated on the attached service list:

        (i)     Notice of Appearance of Peter C. Hein on behalf of defendants;

        (ii)    Notice of Appearance of Warren R. Stern on behalf of defendants;  and

        (iii)   Notice of Appearance of Joshua A. Naftalis on behalf of defendants.


Dated:  New York, New York       Respectfully submitted,
           February 15, 2008

                                          WACHTELL, LIPTON, ROSEN & KATZ

                                          /s/ Joshua A. Naftalis
                                          Joshua A. Naftalis (JN-8054)
                                          51 West 52nd Street
                                          New York, New York  10019
                                          Telephone:   (212) 403-1000
                                          Facsimile:   (212) 403-2000

## SERVICE LIST

<u>By ECF</u>

Christopher J. Keller
Andrei V. Rado
Alan I. Ellman
Labaton Sucharow LLP
140 Broadway
New York, New York 10005

*Attorneys for Plaintiff*