UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————— x
MARKO BABIC, Individually and on Behalf of all  :
Others Similarly Situated,                                           :
                                                                                  :
                                  Plaintiff,                                 :
                                                                                  :      Civil Action No. 08 Civ. 1273
         vs.                                                                   :
                                                                                  :      ECF Case
AMBAC FINANCIAL GROUP, INC., ROBERT J. :
GENADER, PHILLIP B. LASSITER, SEAN T.       :
LEONARD and THOMAS J. GANDOLFO,         :
                                                                                  :
                                  Defendants.                           :
———————————————————————— x

## STATEMENT PURSUANT TO
## FEDERAL RULE OF CIVIL PROCEDURE 7.1

Pursuant to Fed. R. Civ. P. 7.1, Ambac Financial Group, Inc. discloses that it does not have a parent corporation and that no publicly held corporation owns more than 10% of its stock.

Dated:   New York, New York              Respectfully submitted,
             February 15, 2008

                                                              WACHTELL, LIPTON, ROSEN & KATZ


                                                              /s/ Peter C. Hein
                                                              Peter C. Hein (PH-5279)
                                                              Warren R. Stern (WS-2957)
                                                              Joshua A. Naftalis (JN-8054)
                                                              51 West 52nd Street
                                                              New York, New York  10019
                                                              Telephone:   (212) 403-1000
                                                              Facsimile:    (212) 403-2000

SERVICE LIST

By ECF

Christopher J. Keller
Andrei V. Rado
Alan I. Ellman
Labaton Sucharow LLP
140 Broadway
New York, New York 10005

*Attorneys for Plaintiff*