UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
———————————————————————— x
MARKO BABIC, Individually and on Behalf of all  :
Others Similarly Situated,                      :
                                                :
                        Plaintiff,              :   Civil Action No. 08 Civ. 1273
                                                :
    vs.                                         :   NOTICE OF APPEARANCE
                                                :
AMBAC FINANCIAL GROUP, INC., ROBERT J.          :   ECF Case
GENADER, PHILLIP B. LASSITER, SEAN T.           :
LEONARD and THOMAS J. GANDOLFO,                 :
                                                :
                        Defendants.             :
———————————————————————— x

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter my appearance as counsel of record for the defendants in the above-captioned action.  I certify that I am admitted to practice in this court.

Dated:  New York, New York            Respectfully submitted,
        February 19, 2008

                                      WACHTELL, LIPTON, ROSEN & KATZ


                                      /s/ Peter C. Hein
                                      Peter C. Hein (PH-5279)
                                      51 West 52nd Street
                                      New York, New York  10019
                                      Telephone:  (212) 403-1000
                                      Facsimile:  (212) 403-2000

                                      *Attorneys for Defendants*