UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

––––––––––––––––––––––––––––––––––––––––– x
MARKO BABIC, Individually and on Behalf of all :
Others Similarly Situated, :
 :
                    Plaintiff, : Civil Action No. 08 Civ. 1273
 :
   vs. : NOTICE OF APPEARANCE
 :
AMBAC FINANCIAL GROUP, INC., ROBERT J. :
GENADER, PHILLIP B. LASSITER, SEAN T. : ECF Case
LEONARD and THOMAS J. GANDOLFO, :
 :
                    Defendants. :
––––––––––––––––––––––––––––––––––––––––– x

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter my appearance as counsel of record for the defendants in the above-captioned action. I certify that I am admitted to practice in this court.

Dated: New York, New York
       February 19, 2008

Respectfully submitted,

WACHTELL, LIPTON, ROSEN & KATZ

/s/ Joshua A. Naftalis
Joshua A. Naftalis (JN-8054)
51 West 52nd Street
New York, New York 10019
Telephone: (212) 403-1000
Facsimile: (212) 403-2000

*Attorneys for Defendants*