UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
────────────────────────────────── x
MARKO BABIC, Individually and on Behalf of all :
Others Similarly Situated, :
: 
: 
Plaintiff, :
:           Civil Action No. 08 Civ. 1273
vs. :
:           ECF Case
AMBAC FINANCIAL GROUP, INC., ROBERT J. :
GENADER, PHILLIP B. LASSITER, SEAN T. :
LEONARD and THOMAS J. GANDOLFO, :
:
Defendants. :
────────────────────────────────── x

**CERTIFICATE OF SERVICE**

       The undersigned, an attorney, hereby certifies that on February 19, 2008, he caused copies of the following documents to be served on counsel for the parties in this action as indicated on the attached service list:

    (i)    Notice of Appearance of Peter C. Hein on behalf of defendants;

    (ii)    Notice of Appearance of Warren R. Stern on behalf of defendants; and

    (iii)    Notice of Appearance of Joshua A. Naftalis on behalf of defendants.


Dated:  New York, New York      Respectfully submitted,
       February 19, 2008

                                      WACHTELL, LIPTON, ROSEN & KATZ

                                      /s/ Joshua A. Naftalis
                                      Joshua A. Naftalis (JN-8054)
                                      51 West 52nd Street
                                      New York, New York 10019
                                      Telephone:  (212) 403-1000
                                      Facsimile:   (212) 403-2000

## SERVICE LIST

<u>By ECF</u>

Christopher J. Keller
Andrei V. Rado
Alan I. Ellman
Labaton Sucharow LLP
140 Broadway
New York, New York 10005

*Attorneys for Plaintiff*