LYNCH, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/19/08

---------------------------------x
MARKO BABIC, Individually and on Behalf of all :
Others Similarly Situated,                    :
                                              :
                        Plaintiff,            :   Civil Action No. 08 Civ. 1273 (UA)
                                              :
       vs.                                    :   STIPULATION AND ORDER
                                              :
AMBAC FINANCIAL GROUP, INC., ROBERT J. :          ECF Case
GENADER, PHILLIP B. LASSITER, SEAN T.         :
LEONARD and THOMAS J. GANDOLFO,               :
                                              :
                        Defendants.           :
---------------------------------x

**STIPULATION AND ORDER ADJOURNING THE TIME FOR DEFENDANTS TO ANSWER, MOVE TO DISMISS OR OTHERWISE RESPOND TO THE COMPLAINT**

IT IS ACKNOWLEDGED THAT *Reimer v. Ambac Financial Group, Inc. et al.*, No. 08 Civ 411 (S.D.N.Y), is a related action that arises from the same set of facts and circumstances that underlie the above-caption action.

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, that plaintiff shall have until 60 days after the entry of an order appointing lead plaintiff and approving lead counsel pursuant to 15 U.S.C. § 78u-4(a)(3) to file a consolidated and/or amended complaint, and that the time of all defendants to answer, move to dismiss or otherwise respond to the Complaint shall be extended to 60 days after the filing of such consolidated and/or amended complaint. Plaintiff will have 60 days after defendants file any motion to dismiss to file any response, and defendants will have 45 days thereafter to file any reply.

IT IS FURTHER ACKNOWLEDGED THAT, as 15 U.S.C. § 78u-4(b)(3)(B) provides, all discovery, including initial disclosures pursuant to Fed. R. Civ. P. 26(a), shall be stayed through the pendency of the motion to dismiss, unless the court finds upon the motion of any

W/1222610

party that particularized discovery is necessary to preserve evidence or to prevent undue prejudice to that party.

DEFENDANTS ACKNOWLEDGE, without waiver of any arguments or defenses, including defenses related to personal jurisdiction, receipt of a copy of the Complaint in this action as of the date the Court "so orders" and enters this Stipulation, and agree to save the cost of service of a summons and an additional copy of the Complaint in this lawsuit by not requiring service of judicial process in the manner provided for by Fed. R. Civ. P. 4.

IT IS FURTHER STIPULATED AND AGREED THAT nothing herein shall be deemed to constitute a waiver of, and defendants do not waive and expressly preserve, all arguments and defenses in the above-captioned action, including defenses related to personal jurisdiction.

Dated: New York, New York
February 13, 2008

| LABATON SUCHAROW LLP | WACHTELL, LIPTON, ROSEN & KATZ |
|---|---|
| By: _____ | By: _____ |
| Christopher J. Keller (CK-2347) | Peter C. Hein (PH-5279) |
| Andrei V. Rado (AR-3724) | Warren R. Stern (WS-2957) |
| Alan I. Ellman (AE-7347) | Joshua A. Naftalis (JN-8054) |
| 140 Broadway | 51 West 52nd Street |
| New York, New York 10005 | New York, New York 10019 |
| (212) 907-0700 | (212) 403-1000 |
| (212) 818-0477 (facsimile) | (212) 403-2000 (facsimile) |
|  | *Attorneys for Defendants* |

FINKELSTEIN THOMPSON LLP
Donald J. Enright
Elizabeth K. Tripodi
1050 30th Street, N.W.
Washington, D.C. 20007
(202) 337-8000
(202) 337-8090 (facsimile)

*Attorneys for Plaintiff*


SO ORDERED:

_____
United States District Judge

Dated:    New York, New York
          Feb. 15, 2008

Part I

-3-